UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re:
EDUCATIONAL SERVICES & PRODUCTS, LLC,

                                     Debtor(s).
-------------------------------------------------------------
EDUCATIONAL SERVICES & PRODUCTS, LLC,

                         Plaintiff(s),
          v.

FIFTH THIRD BANK,
                        Defendant(s).
-------------------------------------------------------------

RECEIVED & F...)

JUL 1 - 2008

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Chapter 11
Case No. 08-11400

RECEIVED & FILED

JUL 1 - 2008
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Adv. Proc. No. 08-90074

### SUA SPONTE ORDER

Upon the notice of motion and motion filed on June 10, 2008, by Educational Services &

Products, Inc., the Debtor/Plaintiff, pursuant to Federal Rule of Bankruptcy Procedure 7056 for

an order granting summary judgment in its favor and against the Defendant, and a hearing having

been set for July 2, 2008 at 10:30 a.m., and the Debtor/Plaintiff having failed to file a concise

statement of the material facts as to which the moving party contends there is no genuine issue

pursuant to Local Bankruptcy Rule 7056-1, and due deliberation having been had, it is hereby

**ORDERED**, that the motion of the Debtor/Plaintiff for summary judgment is denied,

without prejudice, for failure to comply with the provisions of Local Bankruptcy Rule 7056-1;

and it is further

**ORDERED**, that no hearing will be held on July 2, 2008.

Dated:  July 1, 2008
        Albany, New York

                                -------------------------------------
                                  Hon. Robert E. Littlefield, Jr.
                                  U.S. Bankruptcy Judge